IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARY CARROLL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No: 07C 1575 |
| | ) | Honorable Rebecca R. Pallmeyer |
| MERRILL LYNCH, JIM KELLIHER, | ) | |
| and PATRICIA KELLIHER, | ) | |
| | ) | |
| Defendants. | ) | |

## EVIDENTIARY SUBMISSION IN SUPPORT OF DEFENDANTS' MOTION FOR COMPLETE SUMMARY JUDGMENT

COME NOW the Defendants, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Jim Kelliher and Patricia Kelliher, and submit the following as evidence in support of Defendants' Statement of Material Facts In Support of Defendants' Motion for Complete Summary Judgment.

Exhibit A: Excerpts from the sworn Deposition of Plaintiff, Mary Carroll, with exhibits;

Exhibit B: Excerpts from the sworn Deposition of Defendant Patricia Kelliher, with exhibits;

Exhibit C: Excerpts from the sworn Deposition of Defendant Jim Kelliher, with exhibits;

Exhibit D: Excerpts from the sworn Deposition of Walter Roesch with exhibits;

Exhibit E: Sworn Declaration of Carole Miller, with exhibits E1-E7.

    Exhibit E-1: Defendant Merrill Lynch's Amended Supplemental Responses and Objections to Plaintiff's First Interrogatories;

    Exhibit E-2: Recommended Order and Decision of IHRC Administrative Law Judges;

02061212.1

Exhibit E-3: Letter from Scott Skaletsky, Esq., dated October 5, 2007;

Exhibit E-4: Plaintiff's June 18, 2006 First Amended Complaint in IHRC;

Exhibit E-5: December 20, 2006 Right-to-Sue letter issued to Plaintiff by the EEOC;

Exhibit E-6: EEOC Investigative Memorandum;

Exhibit E-7: Merrill Lynch's September 10, 2008, Motion to Dismiss Plaintiff's Claims or, in the Alternative, for Judgment as a Matter of Law in the IHRC matter

Respectfully submitted,

*s/ Carole Miller*
Carole G. Miller
Maynard, Cooper & Gale, PC
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203

Paul M. Weltlich
Peter E. Cooper
Lawrence, Kamin, Saunders & Uhlenhop
300 South Wacker Drive, Suite 500
Chicago, Illinois 60606

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2010 a true and correct copy of the above and foregoing pleading was served on all parties to this proceeding via the court's electronic filing system, to the following:

John C. Ireland, Esq.
Law Office of John C. Ireland
1921 Charles Lane
Aurora, Illinois 60505

*s/ Carole Miller*
OF COUNSEL